**Joe JOHNSON, Jr., Appellant,**

v.

**UNITED STATES of America, et al., Appellees.**

No. 01–5268.

United States Court of Appeals, District of Columbia Circuit.

Feb. 13, 2003.

Before GINSBURG, Chief Judge; SENTELLE and ROGERS, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. It is

ORDERED AND ADJUDGED that the district court's orders filed May 2 and July

24, 2001, be affirmed. The court correctly held that this action is barred by res judicata, as appellant unsuccessfully pursued the fraudulent-inducement claim in a 1996 action.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.